# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2013

146603 & (42)(43)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

HELEN YONO,
      Plaintiff-Appellee,

v

                                          SC: 146603
                                          COA: 308968
                                          Ct of Claims: 11-000117-MD

DEPARTMENT OF TRANSPORTATION,
      Defendant-Appellant.

_____/

      On order of the Court, the motions for leave to file briefs amicus curiae are GRANTED. The application for leave to appeal the December 20, 2012 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 35 days of the date of this order addressing whether the parallel parking area where the plaintiff fell is in the improved portion of the highway designed for vehicular travel within the meaning of MCL 691.1402(1). They should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2013



Clerk

t0917